RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Nevada State Bar No. 8540
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Robert Lee Gibson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LEE GIBSON,<br><br>　　　　Defendant. | Case No. 2:10-cr-019-GMN-LRL<br><br>**STIPULATION TO ADVANCE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Robert Lee Gibson, that the Revocation Hearing currently scheduled on Friday, November 17, 2017 at 9:00 a.m., be advanced to Thursday, October 5, 2017 at 9:30 a.m.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution in Mr. Gibson's case. The parties desire to resolve the matter sooner than later and therefore request that the revocation hearing be advanced to October 5, 2017 at 9:30 a.m.

2. The defendant is in custody and does not oppose advancing the hearing.

3. The parties agree to the continuance.

This is the first request to advance the revocation hearing.

DATED this 2nd day of October, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Alexandra M. Michael*<br>By_____<br>ALEXANDRA M. MICHAEL<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LEE GIBSON,<br><br>　　　　　Defendant. | Case No. 2:10-cr-019-GMN-LRL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, November 17, 2017 at 9:00 a.m., be vacated and continued to Thursday, October 5, 2017 at 9:30 a.m.

DATED this ___4___ day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE